

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-28-2003

# Rosado v. Ford Mtr Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3356

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Rosado v. Ford Mtr Co" (2003). *2003 Decisions.* Paper 340.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/340

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 02-3356 & 02-3357

_____

WILLIAM ROSADO,
Appellee in No. 02-3356; Appellant in No. 02-3357
v.
FORD MOTOR COMPANY,
Appellant in No. 02-3356; Appellee in No. 02-3357
_____

O R D E R

_____

In order to correct a clerical error in the precedential opinion issued in the above-entitled matter on July 23, 2003, it is hereby O R D E R E D that the opinion is amended to reflect the following listing of counsel in the case:

> Daniel G. Flannery, Esquire
> Rosenn, Jenkins & Greenwald, L.L.P.
> 15 South Franklin Street
> Wilkes-Barre, Pennsylvania 18711
>
> Carla W. McMillian, Esquire (ARGUED)
> John H. Fleming, Esq.
> Sutherland, Asbill & Brennan, LLP
> 999 Peachtree Street, N.E.
> Suite 2300
> Atlanta, GA 30309-3996
>
> Attorneys for Ford Motor Company
>
> Paul A. Barrett, Esquire (ARGUED)
> O'Malley, Harris, Durkin & Perry, P.C.
> 345 Wyoming Avenue
> Scranton, Pennsylvania 18503
>
> Attorneys for William Rosado.

For the Court,


/s/ Marcia M. Waldron
Clerk


Dated: July 28, 2003